1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

**OCT 06 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>6340 Logan Street, Sacramento;<br>1735 Itasca Avenue, Sacramento;<br>9501 Jeffcott Road, Wilton;<br>7918 68th Avenue, Sacramento;<br>7920 68th Avenue, Sacramento;<br>6945 Nova Parkway, Sacramento;<br>8982 Elder Creek Road, Sacramento; and<br>Safe Deposit Box number 810325 at Chase Bank at 4450 Florin Road, Sacramento. | 2:16-SW-0549 CKD;<br>2:16-SW-0550 CKD;<br>2:16-SW-0551 CKD;<br>2:16-SW-0552 CKD;<br>2:16-SW-0553 CKD;<br>2:16-SW-0554 CKD;<br>2:16-SW-0555 CKD; and<br>2:16-SW-0581 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10/6/16                        _____
                                       The Honorable Allison Claire
                                       UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS